UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. CUNNINGHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>P. HUMPHEY, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00564-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S SECOND MOTION FOR INJUNCTIVE RELIEF<br><br>(ECF Nos. 14, 15) |

Plaintiff L.C. Cunningham ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 23, 2023, the assigned Magistrate Judge issued findings and recommendation recommending that Plaintiff's second motion for injunctive relief be denied. (ECF No. 15.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. (*Id.* at 5.) No objections were filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly,

1. The findings and recommendations issued on May 23, 2023, (ECF No. 15), are adopted in full; and

2. Plaintiff's second motion for injunctive relief, (ECF No. 14), is denied.

IT IS SO ORDERED.

Dated:   July 17, 2023

UNITED STATES DISTRICT JUDGE

2