UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>P. HUMPHEY, et al.,<br><br>Defendants. | Case No. 1:23-cv-00564-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 12) |

Plaintiff L.C. Cunningham ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 10, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that this action proceed against Defendants Lascina and Murphy for failure to protect in violation of the Eighth Amendment, and all other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief. (ECF No. 12.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. (*Id*. at 2.) No objections were filed, and the time to do so has passed.

///

///

1

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 10, 2023, (ECF No. 12), are adopted in full;
2. This action shall proceed against Defendants Lascina and Murphy for failure to protect in violation of the Eighth Amendment;
3. All other claims and Defendants are dismissed from the action; and
4. The matter is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   July 17, 2023

UNITED STATES DISTRICT JUDGE