UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. CUNNINGHAM,<br><br>                    Plaintiff,<br><br>          v.<br><br>P. HUMPHEY, et al.,<br><br>                    Defendants. | No.  1:23-cv-00564-ADA-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUESTING DOCUMENTS FROM DEFENDANTS<br><br>(ECF No. 30) |

Plaintiff L.C. Cunningham is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 17, 2023, Plaintiff filed a motion requesting Defendants produce body camera footage and surveillance.  (ECF No. 30.)

As stated in the Court's first informational order, "[n]o discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin" and parties are not to file copies of their discovery requests with the Court.  (ECF No. 3 at 4.)   The Court has not yet issued a discovery order and ordered that discovery begin, and Plaintiff's motion for discovery is improperly filed with the Court.  Accordingly, Plaintiff's motion requesting documents from Defendants is denied.

IT IS SO ORDERED.

Dated:    **October 18, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1