# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. CUNNINGHAM,<br><br>          Plaintiff,<br><br>     v.<br><br>LASCINA,<br><br>          Defendant. | Case No. 1:23-cv-00564-NODJ-SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 32) |

The Court conducted a settlement conference in this action on December 18, 2023, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **December 18, 2023**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE