UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. CUNNINGHAM,<br><br>            Plaintiff,<br><br>      v.<br><br>LASCINA,<br><br>            Defendants. | No.  1:23-cv-00564-NODJ-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE L.C. CUNNINGHAM, CDCR #D-32779 |

A settlement conference in this matter commenced on December 18, 2023.  Inmate L.C. Cunningham, CDCR #D-32779 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 18, 2023**              /s/ Barbara A. McAuliffe            _
                                                             UNITED STATES MAGISTRATE JUDGE

1