1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   L. C. CUNNINGHAM,                      No.  1:23-cv-00564-NODJ-SAB (PC)

12              Plaintiff,                   ORDER REGARDING PLAINTIFF'S
                                            NOTICE RE:SETTLEMENT AGREEMENT
13        v.
                                            (ECF No. 46)
14   P. HUMPHEY, et al.,

15              Defendants.

16

17        On December 21, 2023, the instant action was dismissed pursuant to a global settlement

18   agreement in this case as well as another case.

19        On January 26, 2024, Plaintiff filed a notice requesting the status of the payment of the

20   settlement funds.  (ECF No. 46.)  Plaintiff is advised to review the settlement agreement as to the

21   deadline for the payment of such fees, and he is free to reach out to defense counsel to inquire

22   about the status of the payment.

23
24   IT IS SO ORDERED.

25   Dated:   **January 30, 2024**          _____

26                                          UNITED STATES MAGISTRATE JUDGE

27

28
                                          1